IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY FLORIDA

Case No. 2012 CA 006536 AG

DAVID ZINN, an individual, and
MICHAEL GRAFF, an individual; on behalf
of themselves and all others similarly
situated,

      Plaintiffs,

v.

SERVICE CORPORATION
INTERNATIONAL, a Texas corporation;
SCI FUNERAL SERVICES OF FLORIDA,
INC., a Florida corporation;
ALDERWOODS GROUP, INC., a Delaware
corporation; MHI GROUP, INC., a Florida
corporation; FUNERAL SERVICES
ACQUISITION GROUP, a Florida
corporation; FUNERAL SERVICES
ACQUISITION GROUP, LLC, a Florida
limited liability company; HAUCK
ENTERPRISES, LTD., a Texas corporation;
and RUSTY SCOTT, an individual.

      Defendants.

_____/

## NOTICE OF FILING NOTICE OF REMOVING CIVIL ACTION

      Defendant, Service Corporation International, a Texas corporation, gives notice that on April 24, 2012, it removed this action to federal court by properly filing a notice of removal of civil action in the United States District Court for the Southern District of Florida. A copy of the notice of removal is attached as Exhibit A to this notice. This notice is given pursuant to 28 U.S.C. § 1446(d), which provides that upon giving such notice, this Court shall proceed no further unless and until the case is remanded.

# EXHIBIT "C"

Case No. 2012 CA 006536 AG

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing removal notice was served by U.S. Mail this

<u>24</u><sup>th</sup> day of April, 2012, upon:

Barry R. Davidson, Esq.
E-Mail:  bdavidson@hunton.com
Hunton & Williams LLP
Barclays Financial Center
1111 Brickell Avenue, Floor 25
Miami, Florida 33131
Tel:  (305) 810-2500
Fax:  (305) 810-2460
*Attorney for Defendant Rusty Scott*

Kevin M. Vannatta
E-Mail:  vannatta@lbbslaw.com
Lewis Brisbois Bisgaard & Smith, LLP
200 S.W. 1st Avenue, Suite 910
Ft. Lauderdale, FL 33301
Tel:  954.728.1280
Fax:  954.728.1282
*Attorney for Defendant Hauck Enterprises, Ltd.*

Edward M. Ricci, Esq.
Edward M. Ricci, P.A.
303 Banyan Boulevard, Suite 400
West Palm Beach, FL 33401
*Attorney for Plaintiffs*

Michael J. Avenatti, Esq. *(admitted pro hac vice)*
Jason M. Frank, Esq. *(admitted pro hac vice)*
Scott A. Sims, Esq. *(admitted pro hac vice)*
Eagan Avenatti, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
*Attorney for Plaintiffs*

Case No. 2012 CA 006536 AG

**GRAYROBINSON, P.A.**

*Counsel for Defendants,*
*Service Corporation International,*
*SCI Funeral Services of Florida, Inc.,*
*Alderwoods Group, Inc.*
1221 Brickell Avenue, Suite 1600
Miami, Florida  33131
Telephone:  (305) 416-6880
Facsimile:  (305) 416-6887

By: _____
      Ted C. Craig, FBN 794650
      Christopher N. Johnson FBN 69329
      Anastasia Protopapadakis, FBN 51426

\311600\22 - # 706688 v1